UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cycle Source Group, LLC,

        Plaintiff,                               Civil No. 05-2723 (RHK/JJG)

vs.                                        **DISQUALIFICATION AND**
                                               **ORDER FOR REASSIGNMENT**

Donald Perinchief,

        Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 2, 2006

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge